IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| MONICA GOSSER and <br> THEODORE GOSSER, <br> PLAINTIFFS, <br><br> v. <br><br> ROGERS, RICHARDS & INGELS, INC., <br> DEFENDANT | Case No. 4:14-cv-204 |

## PLAINTIFF'S REQUEST FOR CLERK TO ISSUE ENTRY OF DEFAULT

Now come Plaintiffs, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 55(a), and respectfully moves the Clerk of this Court to enter the Default of Defendant. In support of this Motion, Plaintiffs submit the attached Affidavit showing that Defendant was properly served and failed to file a timely Answer or responsive pleading to the Complaint.

Respectfully submitted,

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
ArkBN: 2006164
The Wood Firm, PLLC
103 N. Goliad, Suite 204
Rockwall, TX  75087
TEL:  682-651-7599
FAX:  888-598-9022
EMAIL:  jeff@mmlaw.pro
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2014, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail:

Rogers Richards and Ingels, Inc.
1266 W Paces Ferry Rd, Suite 106
Atlanta, GA  30327

Rogers Richards and Ingels, Inc.
c/o Business Filings Incorporated
1201 Peachtree Street NE
Atlanta, GA  30361

The following party was served by email:

Rogers Richards and Ingels, Inc.
c/o Business Filings Incorporated
via: fulfillment@bizfilings.com

                                                  /s/ Jeffrey D. Wood_____
                                                 Jeffrey D. Wood