IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MONICA GOSSER, et al. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-204-Y |
| § | |
| ROGERS, RICHARDS & INGELS, INC. § | |

<u>CLERK'S ENTRY OF DEFAULT</u>

Plaintiffs have filed a Request for Clerk to Issue Entry of Default (doc. 6).  It appearing from the record in this cause that Defendant has failed to timely respond to Plaintiffs' complaint despite having been served with process, as reflected by the proof of service filed March 28, 2014, the clerk hereby ENTERS Defendant's DEFAULT under Federal Rule of Civil Procedure 55(a).

SIGNED May 15, 2014.

                                    Karen Mitchell
                                    United States District Clerk


                                    By:  <u>s/ Brenda Bishop</u>
                                         Brenda Bishop
                                         Deputy Clerk

TRM/lj