IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MONICA GOSSER, ET AL.         §
                              §
VS.                           §   Civil No. 4:14-CV-204-Y
                              §
ROGERS, RICHARDS & INGELS, INC. §

NOTICE OF INTENT TO DISMISS

Plaintiffs filed this case on March 20, 2014. On May 15, 2014, the clerk of Court entered default against Defendant under Fed. R. Civ. P. 55(a). Plaintiffs have not since moved for judgment based on the default.

If Plaintiffs desire to pursue their claims against Defendant, Plaintiffs must file a motion for default judgment no later than **September 26, 2016.** Failure to do so will result in the Court's dismissing Plaintiffs' claims without prejudice and without further notice under Local Rule 55.1. See N.D. Tex. Civ. R. 55.1.

SIGNED September 15, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE