IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MONICA GOSSER, ET AL.          §
                               §
VS.                            §   Civil No. 4:14-CV-204-Y
                               §
ROGERS, RICHARDS & INGELS, INC. §

<u>ORDER OF DISMISSAL</u>

On September 15, the Court notified Plaintiffs of its intent to dismiss their claims against Defendant if they failed to file a motion for default judgment by **September 26, 2016.** Plaintiffs have not filed a motion for default judgment or otherwise responded to the Court's September 15 order.

Accordingly, Plaintiffs' claims against Defendant are DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs under 28 U.S.C. § 1920.

SIGNED September 27, 2016.

                                   _____
                                   TERRY R. MEANS
                                   UNITED STATES DISTRICT JUDGE